| Return | |
|---|---|
| Case No: FDA-OCI 2017-DAT-713-0241  2:18-MJ-1251 | Date and time warrant served on provider: 5/21/18  2:27pm |
| Inventory made in the presence of: SA Steve Hatch | |

**Inventory of data seized:**
[Please provide a description of the information produced.]

| Download | Size | Document Type |
|---|---|---|
| 1669741-20180529-1.zip | 5.59K | Production |
| 1669741-20180529-2.zip | 8.96G | Production |
| Letter 1669741.pdf | 118.95K | Correspondence |

Google Reference #1669741

Google produced 5/29/18, information downloaded from LERS on 5/30/18.

### Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 6/1/18

*Steve Hatch*
Executing officer's signature

Steve Hatch   Special Agent
Printed name and title