1  JOSEPH H. HUNT
   Assistant Attorney General
2  JAMES M. BURNHAM
   Deputy Assistant Attorney General
3  GUSTAV W. EYLER
   Acting Director
4  Consumer Protection Branch
   PATRICK R. RUNKLE
5  Trial Attorney
   Consumer Protection Branch
6  U.S. Department of Justice
        P.O. Box 386
7       Washington, D.C. 20044-0386
        Telephone: (202) 532-4723
8       Facsimile: (213) 514-8742
        E-mail:    Patrick.R.Runkle@usdoj.gov
9
   Attorneys for Applicant
10 UNITED STATES OF AMERICA

11              UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | In the Matter of the Search of: | No. 2:18-MJ-1251
   | The account identified as
14 | **lchau@pureassay.com** that is | GOVERNMENT'S *EX PARTE* APPLICATION
   | within the possession, custody, | FOR FIRST EXTENSION OF TIME WITHIN
15 | or control of Google, Inc., a | WHICH TO RETAIN AND SEARCH DIGITAL
   | company that accepts service of | EVIDENCE; DECLARATION OF PATRICK
16 | legal process at 1600 | R. RUNKLE
   | Amphitheatre Parkway, Mountain
17 | View, CA 94043 | **(UNDER SEAL)**

18

19      The United States of America, by and through its counsel of

20 record, Trial Attorney Patrick R. Runkle, hereby applies for an order

21 extending by 120 days the time within which the government may retain

22 and search digital evidence obtained pursuant to a federal search

23 warrant obtained under 18 U.S.C. § 2703.

24      This application is based on the attached declaration of Patrick

25 R. Runkle and the files and records of this case, including the

26 underlying search warrant and affidavit in support thereof.

27 //

28 //

Dated: September 25, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

s/ Patrick R. Runkle
PATRICK R. RUNKLE
Trial Attorney
United States Department of Justice
Consumer Protection Branch

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF PATRICK R. RUNKLE**

I, Patrick R. Runkle, hereby declare and state:

1. I am a Trial Attorney in the United States Department of Justice Consumer Protection Branch and am assigned to this investigation.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the content of the following account (the "SUBJECT ACCOUNT") obtained pursuant to the warrant described below (the "SUBJECT DIGITAL EVIDENCE"): lchau@pureassay.com.

3. On May 17, 2018, Special Agent Chad Medaris of the U.S. Food and Drug Administration Office of Criminal Investigations ("FDA-OCI") obtained a federal search warrant pursuant to 18 U.S.C. § 2703 issued by the Honorable Alicia G. Rosenberg, United States Magistrate Judge, authorizing the search of information associated with the SUBJECT ACCOUNT that was stored at premises controlled by Google, Inc.  The warrant, which is incorporated herein by reference, authorized the search of digital evidence provided by Google, Inc. for a period of 120 days for evidence of violations of 21 U.S.C. § 331 (causing the introduction of misbranded or adulterated food or drug into interstate commerce) and 18 U.S.C. § 545 (smuggling).

4. Based on information provided to me by agents assigned to this matter, I understand that on May 21, 2018, federal agents served the warrant on Google, Inc.  On June 1, 2018, agents received the SUBJECT DIGITAL EVIDENCE from Google, Inc.

5.  This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL EVIDENCE is September 26, 2018.

6.  Based on information provided to me by agents assigned to this matter, I understand that to date, the SUBJECT DIGITAL EVIDENCE, which contains 8.86 gigabytes of information, has been uploaded into a system for review but review has only recently begun. It has remained in a secure location since it was received from Google, Inc., and has not been altered in any way.

7.  For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL EVIDENCE:

   a.  The government has a large volume of documents to review in this matter. The SUBJECT DIGITAL EVIDENCE consists of approximately 8.86 gigabytes of information. Together with a contemporaneous search warrant served on a different provider, the government has a total of approximately 184,000 emails to review.

   b.  Multiple tasks needed to be accomplished before the prosecution team could review the documents. Due to a backlog at the unit that processes the data, the documents were delayed in being uploaded to the review software. Once they were uploaded, potential attorney-client material was discovered, and the emails therefore underwent careful review by a separate team of attorneys to remove potentially privileged materials prior to the emails' re-release to the prosecution team. This process took several weeks. As a result, the prosecution team only recently regained access to the documents.

   c.  Forensic review of digital evidence is time consuming; a thorough review is a laborious and multi-step process. This is

especially true where, as here, the emails include scientific terminology that must sometimes be researched. Additionally, a significant portion of the emails are written by individuals who speak English as a second language, which sometimes require several readings to comprehend.

        d. The agents and attorneys must balance this work with competing priorities, including preparing for an upcoming trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 25, 2018

                                      s/ Patrick R. Runkle
                                      PATRICK R. RUNKLE

3